* * LABEL LIST * *

Case Number:1:04-cv-00663

Dennis Matias
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
A0052708
295 US Highway 49 South
Tutwiler, MS  38963-6900

Jim Cooke
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
295 US Highway 49 South
Tutwiler, MS  38963-6900

Peter C. Wolff, Esq.
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI  96813

Mark J. Bennett, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813

Ryan C. Yeh, Esq.
Office of the Prosecuting Attorney
C & C of Honolulu
1060 Richards St 9th flr
Honolulu, HI  96813-2920