IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENNIS MATIAS, | ) | CV. NO. 04-00663 JMS/KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER OF RECUSAL |
| vs. | ) | |
| | ) | |
| JOHN F. PEYTON, Director, | ) | |
| Department of Public Safety, | ) | |
| State of Hawaii; JIM COOKE, | ) | |
| Warden, Tallahatchie County | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter in order to avoid an appearance of impropriety.

This matter is hereby referred to the Chief Judge for reassignment in accordance with the Local Rules of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 16, 2006.



J. Michael Seabright
United States District Judge