# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 04-00663SOM-KSC

CASE NAME:         Dennis Matias vs.  John F. Peyton, etc., et al.

ATTYS FOR PLA:     Peter Wolff, Jr.

ATTYS FOR DEFT:    Ryan Yeh

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE:    | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE:     | 3/28/2006         | TIME:     | 10:30 - 11:05 |

COURT ACTION:   EP: Hearing on Objections to Findings and Recommendation That Petitioner's (1) Writ of Habeas Corpus and (2) Motion for Judgment on Pleadings be Granted -

Arguments.

Court will adopt the Findings and Recommendation, and will grant the habeas petition.

Court to prepare a written order within a week or so.

Submitted by: Toni Fujinaga, Courtroom Manager.