AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Dennis Matias | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00663SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| John F. Peyton, Director, Department of Public Safety, State of Hawaii; and Jim Cooke, Warden, etc. | March 31, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Matias's § 2254 Petition is GRANTED. The State of Hawaii is ordered to resentence Matias in a manner consistent with this order. JUDGMENT is hereby entered in favor of the PETITIONER DENNIS MATIAS, pursuant to the "Order Adopting and Supplementing Findings and Recommendation that Petitioner's 28 U.S.C. § 2254 Petition Be Granted; Order Granting Petitioner's 28 U.S.C. § 2254 Petition" issued and filed by District Judge Susan O. Mollway on March 30, 2006.

| March 31, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)*<br>(By) Deputy Clerk |