PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Petitioner
DENNIS MATIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS, | ) CIV. NO. 04-00663 SOM/KSC |
|  | ) |
| Petitioner, | ) MOTION FOR AN ORDER |
|  | ) REGARDING EXECUTION OF THIS |
| vs. | ) COURT'S JUDGMENT GRANTING |
|  | ) PETITIONER'S § 2254 HABEAS |
| JOHN F. PEYTON, Director, | ) PETITION; MEMORANDUM IN |
| Department of Public Safety, State of | ) SUPPORT; EXHIBITS "A" AND "B"; |
| Hawaii*; JIM COOKE, Warden, | ) CERTIFICATE OF SERVICE |
| Tallahatchie County Correctional | ) |
| Facility**, | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

\*      John F. Peyton is no longer the Director of the Department of Public Safety; Interim Director Iwalani White presently heads that department.
\*\*     Jim Cooke is no longer the warden of Tallahatchie County Correctional Facility; Robert Adams presently is the warden.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN F. PEYTON, Director, Department of Public Safety, State of Hawaii; JIM COOKE, Warden, Tallahatchie County Correctional Facility,<br><br>    Respondents. | )  CIV. NO. 04-00663 SOM/KSC<br>)<br>)  MOTION FOR AN ORDER<br>)  REGARDING EXECUTION OF THIS<br>)  COURT'S JUDGMENT GRANTING<br>)  PETITIONER'S § 2254 HABEAS<br>)  CORPUS PETITION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN ORDER REGARDING
EXECUTION OF THIS COURT'S JUDGMENT
<u>GRANTING PETITIONER'S § 2254 HABEAS CORPUS PETITION</u>**

Petitioner DENNIS MATIAS, through counsel, moves this Court for an order directing the respondents (the State) to produce — by a date certain, but which petitioner proposes be no greater than fourteen days from the day an order granting this motion issues — an amended state court judgment that complies with this Court's judgment in this case. Petitioner further proposes that this Court order that, if the State fails to produce an amended judgment justifying its custody of petitioner on the two class C felonies that this Court's judgment pertained to, then this Court will amend its judgment in the present matter to vacate, unconditionally, the State's judgment for those two felonies.

This Court issued judgment in this habeas proceeding on March 30, 2006. This Court granted the habeas petition and ruled that the State's imposition of extended, ten-year terms of imprisonment on two class C felony offenses in State Cr. No. 01-1-0648 violated petitioner's Sixth Amendment rights under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2001). Under that same criminal number, petitioner had been sentenced to (concurrent) ordinary, ten-year terms of imprisonment for two class B felonies; this Court's ruling did not affect these ordinary terms. This Court rejected the State's argument that the extended terms were harmless in light of the ordinary terms, noting, among other things, that the extended terms had an effect on the minimum term the Hawaii Paroling Authority would impose and thus affected when and whether petitioner would be released on parole.

The State has not obtained an amended judgment in Cr. No. 01-1-0648, much less one that accords with this Court's judgment. Nor did it appeal this Court's ruling to the Ninth Circuit. Rather, on June 19, 2006, the Hawaii Paroling Authority fixed petitioner's minimum terms on the two class B felonies at 8 years and 6 months. Petitioner's counsel in the present matter has twice written to Deputy Prosecuting Attorney Ryan Yeh, once on July 3, 2006, and again on April 18, 2007. [<u>See</u> Exhibits "A" and "B" attached hereto.] Mr. Yeh did not reply to either letter.

This motion is brought pursuant to Fed. R. App. P. 23. It is predicated upon the Fifth, Sixth, and Fourteenth amendments to the United States Constitution,

2

as well as any other applicable constitutional or statutory provision, rule, or case law.

The attached memorandum sets forth the factual and legal basis of this motion.

      DATED: Honolulu, Hawaii, May 3, 2007.

                              _____
                              PETER C. WOLFF, JR.
                              Attorney for Petitioner
                              DENNIS MATIAS