# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Peter C. Wolff, Jr.  
Federal Public Defender

300 Ala Moana Boulevard, Suite 7-104  
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

July 3, 2006

Ryan Yeh, Deputy Prosecuting Attorney  
Office of the Prosecuting Attorney  
1060 Richards Street, 9th & 10th Floors  
Honolulu, Hawaii 96813

      Re:    **Dennis Matias v. John F. Peyton, et al.**  
             **Cv. No. 04-00663 SOM/KSC**

Dear Mr. Yeh:

      As you will recall, on March 30, 2006, Judge Mollway filed her written "Order Adopting and Supplementing Findings and Recommendation that Petitioner's 28 U.S.C. § 2254 Petition Be Granted; Order Granting Petitioner's 28 U.S.C. § 2254 Petition." The following day, March 31, 2006, the Clerk of the Court entered a "Judgment in a Civil Case." And, the State never filed a notice of appeal. Nevertheless, as far as I can tell, no action has ever been taken by your office to fulfill Judge Mollway's mandate that "[t]he State of Hawaii is ordered to resentence Matias in a manner consistent with this opinion."

      Could you kindly let me know whether and how you intend to proceed in this matter so that I can determine whether I need to seek any further relief from the U.S. District Court. Thank you for your attention to this matter.

                                     Very truly yours,

                                     PETER C. WOLFF, JR.  
                                   Federal Public Defender  
                                   District of Hawaii

cc:    Dennis Matias

**EXHIBIT "A"**