# FEDERAL PUBLIC DEFENDER
### District of Hawaii

Peter C. Wolff, Jr.  
Federal Public Defender

300 Ala Moana Boulevard, Suite 7-104  
Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

April 18, 2007

Ryan Yeh, Deputy Prosecuting Attorney  
Office of the Prosecuting Attorney  
1060 Richards Street, 9th & 10th Floors  
Honolulu, Hawaii 96813

Re: **Dennis Matias v. John F. Peyton, et al.**  
**Cv. No. 04-00663 SOM/KSC**

Dear Mr. Yeh:

      I recently received a letter from Mr. Matias concerning the above-entitled matter. In his letter, Mr. Matias advised that he has never been resentenced in accordance with Judge Mollway's mandate that "[t]he State of Hawaii is ordered to resentence Matias in a manner consistent with this opinion." I thereupon checked my file and found to my amazement that I wrote to you on this same subject over nine months ago, on July 3, 2006. Can it possibly be true that the State has done nothing during this period to fulfill the order of the federal court? Please let me know by May 1, 2007, if you never intend to act upon Judge Mollway's mandate, so that I can take the necessary next steps. On the other hand, if you are intending to act or have already taken care of the matter, could you please let me know, also by May 1st, what is a realistic date by which to expect the ordered resentencing to be completed.

Very truly yours,

PETER C. WOLFF, JR.  
Federal Public Defender  
District of Hawaii

cc:   Dennis Matias

**EXHIBIT "B"**