# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/7/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00663SOM-KSC

CASE NAME:        Dennis Matias v. John F. Peyton, etc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    5/7/2007                   TIME:

COURT ACTION:  EO: The court is in receipt of the Motion for an Order Regarding Execution of this Court's Judgment Granting Petitioner's § 2254 Habeas Petition [32] filed on 5/3/07.  The Motion shall be heard on 5/15/07 at 10:00am before Judge Chang.  Opposition due on 5/10/07 at noon.  Optional reply due on 5/11/07 at noon.

Submitted by: Shari Afuso, Courtroom Manager