# MINUTES

CASE NUMBER: CV. NO. 04-00663SOM-KSC

CASE NAME: Dennis Matias Vs. John F. Peyton, etc. et al.

ATTYS FOR PLA: Peter C. Wolff, Jr.

ATTYS FOR DEFT: Ryan C. Yeh

INTERPRETER:

JUDGE: Kevin S. C. Chang      REPORTER: C5-FTR-9:58:36

DATE: 05/15/2007              TIME: 9:58am-l0:03am

COURT ACTION: EP: [32]- Motion for an Order regarding execution of this Court's Judgment granting Petitioner's §2254 Habeas Petition- The State of Hawaii has filed a Motion for an Amended Judgment in State Court set for hearing on 5/17/2007. This Motion continued to 5/22/2007 @9:30 a.m.

Submitted by Leslie L. Sai, Courtroom Manager