PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Petitioner
DENNIS MATIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS, | ) CIV. NO. 04-00663 SOM/KSC |
| | ) |
| Petitioner, | ) WITHDRAWAL OF MOTION FOR |
| | ) AN ORDER REGARDING |
| vs. | ) EXECUTION OF THIS COURT'S |
| | ) JUDGMENT GRANTING |
| JOHN F. PEYTON, Director, | ) PETITIONER'S § 2254 HABEAS |
| Department of Public Safety, State of | ) PETITION; EXHIBIT "A"; |
| Hawaii*; JIM COOKE, Warden, | ) CERTIFICATE OF SERVICE |
| Tallahatchie County Correctional | ) |
| Facility**, | ) |
| | ) |
| Respondents. | ) |
| | ) |

\*     John F. Peyton is no longer the Director of the Department of Public Safety; Interim Director Iwalani White presently heads that department.
\*\*     Jim Cooke is no longer the warden of Tallahatchie County Correctional Facility; Robert Adams presently is the warden.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS, | ) CIV. NO. 04-00663 SOM/KSC |
| | ) |
| Petitioner, | ) WITHDRAWAL OF MOTION FOR |
| | ) AN ORDER REGARDING |
| vs. | ) EXECUTION OF THIS COURT'S |
| | ) JUDGMENT GRANTING |
| JOHN F. PEYTON, Director, | ) PETITIONER'S § 2254 HABEAS |
| Department of Public Safety, State of | ) PETITION |
| Hawaii*; JIM COOKE, Warden, | ) |
| Tallahatchie County Correctional | ) |
| Facility**, | ) |
| | ) |
| Respondents. | ) |
| | ) |

### WITHDRAWAL OF MOTION FOR AN ORDER REGARDING EXECUTION OF THIS COURT'S JUDGMENT GRANTING PETITIONER'S § 2254 HABEAS PETITION

Petitioner DENNIS MATIAS, through counsel, Peter C. Wolff, Jr., Federal Public Defender, hereby withdraws his Motion for an Order Regarding Execution of This Court's Judgment Granting Petitioner's § 2254 Habeas Petition filed on May 3, 2007.

This motion is withdrawn because a "Motion to Amend Judgment Guilty Conviction and Sentence Pursuant to Order of U.S. District Judge Susan O. Mollway" had been heard by the Honorable Richard Pollack, Circuit Judge of the First Circuit, State of Hawaii, on May 17, 2007. As a result, an Amended Judgment and an

Amended Mittimus were both filed on May 17, 2007, in the Circuit Court of the First Circuit, State of Hawaii. [See Exhibit "A" attached hereto].

DATED: Honolulu, Hawaii, May 22, 2007.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
DENNIS MATIAS