## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 22, 2007:

Served by First Class Mail:

MARK J. BENNETT, Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813

and

PETER B. CARLISLE, Prosecuting Attorney
RYAN C. YEH, Deputy Prosecuting Attorney
Office of the Prosecuting Attorney
1060 Richards Street
Honolulu, Hawaii  96813
    Attorneys for Respondents

IWALANI WHITE, Interim Director (for JOHN F. PEYTON)
Department of Public Safety
919 Ala Moana Boulevard
Honolulu, Hawaii  96814

and

ROBERT ADAMS, Warden (for JIM COOKE)
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
P.O. Box 368
Tutwiler, Mississippi  38963
    Respondents

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
DENNIS MATIAS