# MINUTES

CASE NUMBER:   CV04-00663SOM-KSC

CASE NAME:   Dennis Matias v. John F. Peyton, etc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:   5/22/2007                    TIME:

COURT ACTION:  EO: Motion for an Order Regarding Execution of this Court's Judgment Granting Petitioner's § 2254 Habeas Petition [32] set for hearing on 5/22/07 before Judge Chang is hereby vacated.  Amended Judgment has been filed.  Mr. Wolff to file a withdrawal of the Motion for an Order Regarding Execution of this Court's Judgment Granting Petitioner's § 2254 Habeas Petition [32] and will attach the Amended Judgment.  No further action to be taken.

Submitted by: Shari Afuso, Courtroom Manager