PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Petitioner
DENNIS MATIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS,<br><br>        Petitioner,<br><br>    vs.<br><br>JOHN F. PEYTON, Director,<br>Department of Public Safety, State of<br>Hawaii*; JIM COOKE, Warden,<br>Tallahatchie County Correctional<br>Facility**,<br><br>        Respondents. | CIV. NO. 04-00663 SOM/KSC<br><br>REDACTED EXHIBIT "A" TO THE<br>WITHDRAWAL OF MOTION FOR<br>AN ORDER REGARDING<br>EXECUTION OF THIS COURT'S<br>JUDGMENT GRANTING<br>PETITIONER'S § 2254 HABEAS<br>PETITION; CERTIFICATE OF<br>SERVICE |

\*      John F. Peyton is no longer the Director of the Department of Public Safety;
Interim Director Iwalani White presently heads that department.
\*\*     Jim Cooke is no longer the warden of Tallahatchie County Correctional
Facility; Robert Adams presently is the warden.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS MATIAS, ) | CIV. NO. 04-00663 SOM/KSC |
| ) | |
| Petitioner, ) | REDACTED EXHIBIT "A" TO THE |
| ) | WITHDRAWAL OF MOTION FOR |
| vs. ) | AN ORDER REGARDING |
| ) | EXECUTION OF THIS COURT'S |
| JOHN F. PEYTON, Director, ) | JUDGMENT GRANTING |
| Department of Public Safety, State of ) | PETITIONER'S § 2254 HABEAS |
| Hawaii*; JIM COOKE, Warden, ) | PETITION |
| Tallahatchie County Correctional ) | |
| Facility**, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**REDACTED EXHIBIT "A" TO THE WITHDRAWAL OF MOTION FOR AN ORDER REGARDING EXECUTION OF THIS COURT'S JUDGMENT GRANTING PETITIONER'S § 2254 HABEAS PETITION**

Petitioner DENNIS MATIAS, through counsel, Peter C. Wolff, Jr., Federal Public Defender, hereby submits his *redacted* Exhibit "A", attached hereto, to the Withdrawal of Motion for an Order regarding Execution of This Court's Judgment Granting Petitioner's § 2254 Habeas Petition which was filed on May 22, 2007, in the above-captioned matter.

DATED: Honolulu, Hawaii, May 23, 2007.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
DENNIS MATIAS