| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE FIRST CIRCUIT | AMENDED JUDGMENT<br>GUILTY CONVICTION AND SENTENCE<br>(Amending 2/28/02 & 3/17/04 Judgments)<br>NOTICE OF ENTRY | CASE NUMBER:<br>Cr. No. 01-1-0648 |
|---|---|---|
| STATE VS. (DEFENDANT)<br>**DENNIS MATIAS**<br>Social Security Number: ▮▮▮<br>SID: ▮▮▮<br>DOB: ▮▮▮ | DATE OF HEARING:<br>FEBRUARY 28, 2002 and<br>MARCH 17, 2004 | REPORT NUMBER(S):<br>CT. 1: 01-092180<br>CT. 2: 01-092272<br>CT. 3: 01-092211<br>CT. 4: 01-092212<br>CT. 5: 01-092317 |

Defense Counsel: EMLYN HIGA

| **DEFENDANT'S PLEA:**<br>NO CONTEST (COUNTS I AND II) | TRIAL:<br>JURY TRIAL / CHANGE OF PLEA |
|---|---|
| ORIGINAL CHARGE(S):<br>COUNT 1: PLACE TO KEEP PISTOL OR REVOLVER<br>(§134-6(c) & (e), & 706-660.1, H.R.S.)<br>COUNT 2: OWNERSHIP OR POSSESSION PROHIBITED OF ANY FIREARM OR AMMUNITION BY A PERSON CONVICTED OF CERTAIN CRIMES (§134-7(b)&(h), H.R.S.)<br>COUNT 3: PROMOTING A DANGEROUS DRUG IN THE 3RD DEGREE (§712-1243, H.R.S.)<br>COUNT 4: UNLAWFUL USE OF DRUG PARAPHERNALIA (§329-43.5(a), H.R.S.)<br>COUNT 5: TERRORISTIC THREATENING IN THE 1ST DEGREE (§707-716, H.R.S.) | CHARGE(S) TO WHICH DEFENDANT PLED:<br>COUNT 1: PLACE TO KEEP PISTOL OR REVOLVER<br>(§134-6(c) & (e), & 706-660.1, H.R.S.)<br>COUNT 2: OWNERSHIP OR POSSESSION PROHIBITED OF ANY FIREARM OR AMMUNITION BY A PERSON CONVICTED OF CERTAIN CRIMES (§134-7(b)&(h), H.R.S.) |

DEFENDANT IS CONVICTED AND FOUND GUILTY OF:
COUNT 1: PLACE TO KEEP PISTOL OR REVOLVER
   (§134-6(c) & (e), & 706-660.1, H.R.S.)
COUNT 2: OWNERSHIP OR POSSESSION PROHIBITED OF ANY FIREARM OR AMMUNITION BY A PERSON CONVICTED OF CERTAIN CRIMES (§134-7(b)&(h), H.R.S.)
COUNT 3: PROMOTING A DANGEROUS DRUG IN THE 3RD DEGREE (§712-1243, H.R.S.)
COUNT 4: UNLAWFUL USE OF DRUG PARAPHERNALIA (§329-43.5(a), H.R.S.)

(NOTE: ACQUITTAL AS TO COUNT 5)

PHOTOGRAPH (If Available)    FINGERPRINT (If Available)

## FINAL JUDGMENT AND SENTENCE OF THE COURT:

INCARCERATION:
COUNTS 1 & 2: TEN (10) YEARS, EACH
COUNTS 3 & 4: FIVE (5) YEARS, EACH

ALL TERMS TO RUN CONCURRENTLY WITH EACH OTHER AND CONCURRENTLY WITH ANY OTHER TERM DEFENDANT MAY CURRENTLY BE SERVING.

CREDIT TO BE GIVEN FOR TIME SERVED.

MITTIMUS TO ISSUE IMMEDIATELY

Defendant shall provide specimen samples and print impressions as required by H.R.S. Chap. 844D

| DATE<br>MAY 17, 2007 | JUDGE<br>RICHARD W. POLLACK<br>SIGNATURE /s/ | FIRST CIRCUIT COURT<br>STATE OF HAWAII<br>FILED<br>MAY 17, 2007 |
|---|---|---|
| | **NOTICE OF ENTRY** | |
| | THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL | |
| DATE<br>MAY 17, 2007 | CLERK<br>L. MINAGAWA | Clerk, 7th Division |

[ ] ORIGINAL FILE [ ] DPA [ ] DEFENSE-EMLYN HIGA [ ] PROBATION [ ] POLICE [ ] HCJDC [ ] PUBLIC SAFETY [ ] HPA [ ] CASHIERS

rev. 02/17/2006    LANFORM021 - JUDGMENT OF CONVICTION AND PROBATION SENTENCE    **EXHIBIT A**

| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | AMENDED MITTIMUS WARRANT OF COMMITMENT TO JAIL | CASE NUMBER Cr. No. 01-1-0648 |
|---|---|---|
| STATE OF HAWAII vs. (DEFENDANT) **DENNIS MATIAS** | | REPORT NUMBER(S) COUNT 1: 01-092180 COUNT 2: 01-092272 COUNT 3: 01-092211 COUNT 4: 01-092212 |

OFFENSE(S) OF WHICH DEFENDANT WAS ADJUDGED GUILTY

COUNT 1:  PLACE TO KEEP PISTOL OR REVOLVER
    (§134-6(c)&(e), & 706-660.1, H.R.S.)

COUNT 2:  OWNERSHIP OR POSSESSION PROHIBITED OF ANY FIREARM OR AMMUNITION BY A PERSON CONVICTED OF CERTAIN CRIMES
    (§134-7(b)&(h), H.R.S.)

COUNT 3:  PROMOTING A DANGEROUS DRUG IN THE 3RD DEGREE
    (§712-1243, H.R.S.)

COUNT 4:  UNLAWFUL USE OF DRUG PARAPHERNALIA
    (§329-43.5(a), H.R.S.)

**THE STATE OF HAWAII TO:** The Sheriff of the State of Hawaii, or Deputy or to any police officer authorized by law:

The defendant has been adjudged guilty in this court of the offense indicated.

This court imposed the sentence upon the defendant which is stated in the attached judgment/order.

YOU ARE HEREBY ORDERED to take the defendant into your custody for the purpose of causing the sentence to be executed.

THIS MITTIMUS IS EFFECTIVE IMMEDIATELY.



In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.

NAME OF JUDGE ISSUING SENTENCE
Richard W. Pollack

| DATE MITTIMUS ISSUED May 17, 2007 | CLERK L. Minagawa | SIGNATURE *L. Minagawa* |
|---|---|---|
| Distribution: [ ] FILE [ ] PROS. [ ] DEF. [ ] JAIL | [ ] Adult Client Services [ ] HI PAROLE [ ] POLICE DEPARTMENT | FILED May 17 2007 12:00 ___ P__ *L. Minagawa* |

**EXHIBIT A**

LANFORM010  G:\COMMON\WP61\1CCFORMS\CRIMINAL\MITTIMUS.WPD   2/2/99